| Case No.: | 21-02620 | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 06/30/2022 | | §341(a) Meeting Date: | 09/27/2021 |
| | | | Claims Bar Date: | 12/06/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking at Simmons Bank | $0.00 | $2,313.13 | | $2,313.13 | FA |
| 2 | Accts Recv less than 90 days old | $37,842.15 | $17,655.49 | | $17,655.49 | FA |
| 3 | Accts Recv over 90 days old | $35,623.35 | $36,388.84 | | $36,388.84 | FA |
| 4 | office equipment | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. Books, framed pics | $75.00 | $0.00 | | $0.00 | FA |
| 6 | 2007 Chevy Silverado (actually a 2009 Chev 1500 Silverado) | $10,000.00 | $6,216.10 | | $6,216.10 | FA |
| 7 | 2000 GMC Truck (Sonoma) | $12,000.00 | $1,265.00 | | $1,265.00 | FA |
| 8 | Tractor Trailer (actually a 1999 GMC 3500HD with crane, air compressor and vise) | $1,500.00 | $7,370.00 | | $7,370.00 | FA |
| 9 | Machinery, fixtures & Equipment | $83,000.00 | $68,000.00 | | $68,018.18 | FA |
| 10 | Forklift & Misc. Industrial Equip | $6,000.00 | $8,600.00 | | $8,692.20 | FA |
| 11 | Insurance refunds (u) | $0.00 | $4.15 | | $4.15 | FA |
| 12 | 2000 Dodge Dakota Ext Cab (not orig scheduled but located by agent on premises) (u) | $0.00 | $500.00 | | $561.00 | FA |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $189,040.50 | $148,312.71 | | $148,484.09 | $0.00 |

| Case No.: | 21-02620 | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 06/30/2022 | §341(a) Meeting Date: | 09/27/2021 |
| | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/10/2022 | filed m/employ acct - will proceed to close case after tax returns and fee apps done |
| 06/27/2022 | sent Fm1 and 2 to TVC for eval for tax ret; per TVC, returns are needed |
| 06/21/2022 | all assets admin; awaiting evaluation for taxes from acct. then fee apps and claims eval; TFR by end of year. |
| 06/06/2022 | HCA - all three entities paid the amounts due |
| 06/06/2022 | All Defendants in Adversary Proceeding have been resolved (4 paid full amount due - some with clarification of amounts) 2 others (the smallest two) have default judgments which may be uncollectible - or may not justify additional attorney fees to pursue. trustee filed m/close Adv Proc. |
| 06/02/2022 | pretrial conference set for 7/20/22 |
| 05/18/2022 | HCA Breakdown: Skyline -- $5,395.85 Centennial -- $5,144.50 Southern Hills -- $3,620.62 |
| 05/16/2022 | HCA paid two of the invoices ($983.38) so the balance is $14,160.97. They are prepared to pay that amount. RHW working with Tyler Layne to resolve. |
| 05/12/2022 | mail fwd to McCroskey done per RHW request |
| 05/06/2022 | Hendrickson paid the amount due - $1850 - non-suit filed |
| 05/02/2022 | Safety Kleen payment received $12,556.47 |
| 04/29/2022 | Hendrickson payment expected (amount reduced by one invoice which was paid); Safety Kleen payment of $12,556.47 also expected. (Safety Kleen amount is less than originally claimed due to duplicates and one payment - explained in docman - under Misc. |
| 04/20/2022 | Filed Amended Complaint to add two HCA Defendants to replace Hospital Corp. |
| 04/20/2022 | Pretrial Conference continued to June 8 |
| 04/12/2022 | Safety Kleen said they will pay the amount due - a proposed Motion and Order of Dismissal has been forwarded. The corrected amount due is $14,805.11 (The 15 Invoices sent contained one error, and one duplicate, so the amount has been adjusted as stated above.) |
| 04/06/2022 | rhw will be Filing Motion for Default against non-responding Defendants by April 8 - HCA is now represented by Tyler Layne (Waller) and will be filing an answer. Safety Kleen has in house counsel, and has been warned of a possible default. |
| 04/06/2022 | rhw sent Tyler Layne copies of Statements and Invoices - the amount from Centennial was double what it should be |
| 03/24/2022 | In House Counsel for Safety Kleen has contacted rhw for copies of Invoices - they were supplied |
| 03/23/2022 | Counsel for HCA contacted trustee - still seeking information. As of 3/23, no other Defendant or counsel has contacted the trustee |
| 03/05/2022 | partial payment made by Hendrickson rhw wrote letter asking about remaining unpaid invoices |
| 02/25/2022 | pretrial 4/20/22 |

| Case No.: | 21-02620 | | | Trustee Name: | Robert H. Waldschmidt |
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 09/27/2021 |
| | | | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Entry |
|---|---|
| 02/22/2022 | Contact Info |
| | Jeff - 615-586-8655   or   931-981-1951 |
| | jeffmccroskey@comcast.net |
| | Jennifer - 615-743-2483 (work)   931-981-1944 (cell) |
| | jennifermccroskey@comcast.net |
| 02/22/2022 | complaint filed v. HCA, Hendrickson, McKendree, Safety Kleen and Bace Baler |
| 02/04/2022 | no response from McCroskeys re: a/r details - set for depo of both principals on 2/22/22 at 11am |
| 01/11/2022 | Kenco paid $10,177.35 |
| 12/28/2021 | draft of complaint to recover a/r prepared and sent to RHW |
| 12/22/2021 | payment from Southern Tire received |
| 12/13/2021 | claims imported and mapped |
| 12/10/2021 | Received an email from Jennifer McCroskey |
| | email    jennifermccroskey@comcast.net |
| | Phones: |
| | 931-981-1944.  Jennifer |
| | 931-981-1951.  Jeff |
| | RHW emailed back advising them of the depositions, and offering a more informal way of handling the needed information (probably still needing a direct meeting) |
| 12/09/2021 | claims imported and mapped |
| 12/09/2021 | 2004 exam of Jeffrey and Jennifer McCroskey on 12/28/21 at 10/11am. |
| 11/30/2021 | RHW contacting McCroskeys re: clarification of some of the a/r accts.  hold off on filing compl. |
| 11/29/2021 | HMA Contractors paid A/R   (Jones Bros.) |
| 11/22/2021 | Centennial letter came back as insuff address; re-sent demand letter to legal dept. |
| 11/15/2021 | 3 accounts paid  1.  Mrs. Grissoms; 2. Holladay Properties; 3. A-Prime Handling |
| 11/15/2021 | Kenco disputes the amount due |
| 11/12/2021 | Auction proceeds received - $92,122.48 |
| 11/10/2021 | sale proceeds and backup recd; report of sale done; admin rent claim paid. |
| 11/04/2021 | demand letters with backup docs sent to 19 a/r see receivables module for notes/details; copies of letters in corresp; backup in exhibits |
| 11/03/2021 | received a check from SLS for the full $1,061.91 |
| 10/29/2021 | RHW to f/up with Jennifer McCroskey re: four missing invoices |
| 10/21/2021 | refund due from Erie Ins - they need to know where to remit  - wrote and advised of BK and trustee address |
| 10/18/2021 | Southern Tire A/R Received - $4,656.50 |
| 10/12/2021 | Simmons Bank paid $2313.13 |
| | Alley Cassetty paid $1205.91 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 4

| Case No.: | 21-02620 | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 06/30/2022 | §341(a) Meeting Date: | 09/27/2021 |
| | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 10/07/2021 | SBA is withdrawing its "secured" claim - not asserting secured status |
| 10/07/2021 | Simmons Bank will be sending us $2313.13 in satisfaction of their exposure. They didn't have the opportunity for notice of the bankruptcy until I called on Sept. 20, and that was the balance at that time. |
| 09/28/2021 | RHW communicating with banker on acct. |
| 09/23/2021 | entered a/r in TES system; letters sent to a/r customers re: bk and payment to trustee |
| 09/23/2021 | drafted letter for RHW to send to banker Z Siebold re: account status and online access. |
| 09/23/2021 | reviewed bank stmts May21-Aug21 for prefs - nothing there. |
| 09/22/2021 | RHW - site visit to the premises - met with Will McLemore and the staff organizing the auction - reviewed the plan for selling the equipment, etc. |
| 09/20/2021 | RHW met with the McCroskeys today. |
| | 1.   We now have the vehicle titles – releases have been signed where there were liens. |
| | 2.   There are a few items on the premises which do not belong to Tech: |
| | A. The 13 cylinders listed on the attached invoice |
| | B. The water fountain – owned by Crystal Clear |
| | C. A tool box – not worth much |
| | 3.   RHW is discussing the lease situation with the landlord's counsel tomorrow |
| | 4.   The water, electricity, and any other utilities have not been paid – they were a direct debit from the bank account, and I think that is on hold right now (RHW will talk with the Bank tomorrow) |
| 09/16/2021 | draft of admin rent claim agr order in tesdocs |
| 09/10/2021 | requested the following from WM: info on his commission to do m/employ; info on  motion to sell and motion to reduce obj to sale (need dates/general description of assets from WM) |
| 09/08/2021 | change of address filed with USPS |
| 09/07/2021 | asset notice filed; cbd 12/6/21 |
| 09/03/2021 | WM went to site yesterday with JM, locks changed and no entry.  he contacted landlord, who was out of town.  atty for landlord wrote to wait till next week, rhw wrote the atty that we need access now. |
| 09/03/2021 | some bank statements in tes docs, waiting on remaining bank statements that are in storage that JM has to get |
| 09/02/2021 | title info on 08 Silverado in tesdocs (no lien).  still need title info on 00 Sierra (vin on ins card was not good).  requested from M Spezia |
| 08/31/2021 | Will McLemore working with principal Jeff McCroskey to look at assets on site this week.  contact info below for JM |

| Case No.: | 21-02620 | | | Trustee Name: | Robert H. Waldschmidt |
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 09/27/2021 |
| | | | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

08/30/2021   This case was just filed on Friday.

I. Based on the debtor's schedule B (attached) there are assets to be administered:
1. Office equipment ($3,000 nominal value)
2. 2007 Silverado ($10,000)
3. 2000 GMC truck (12,000)
4. Tractor trailer ($1,500)
5. Machinery/Equip ($83,000)
6. Forklift & misc. industrial equip ($6,000)
7. Accts recv over $70,000
8. Bank accts (need statements)

Based on a search of the TN SOS, there are no UCCs of record. Debtor claimed the SBA has a lien on the assets and the CEO's personal residence. I was able to verify the lien on the residence. Bob has a call into the SBA to see what their position is, but it does not appear there are any liens on the above assets.

The assets are located at the debtor's leased premises at 220 Space Park S, Nashville (near airport). There are some assets in storage at CubeSmart in Antioch.

We are trying to set up a time/date to meet with Jeff McCroskey (principal of debtor) to go to the site and evaluate the assets. Bob would like to include you in this site visit. If the assets have value, we would of course want to employ Will M as auctioneer to liquidate. But we need to see what we have, the value and whether the assets can be moved (to avoid admin rent).

II. Need from counsel
1. requested backup on the a/r files to do demand letter
2. requested VINs on the vehicles to verify no liens
3. requested bank statements for 1 yr
4. requested availability for site visit from debtor and Will M

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 21-02620 | | | **Trustee Name:** | Robert H. Waldschmidt |
| **Case Name:** | TECH INDUSTRIAL SALES & SERVICE, INC. | | | **Date Filed (f) or Converted (c):** | 08/27/2021 (f) |
| **For the Period Ending:** | 06/30/2022 | | | **§341(a) Meeting Date:** | 09/27/2021 |
| | | | | **Claims Bar Date:** | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

08/30/2021  Lori,
We apparently have a landlord who is continuing to go into the property for Tech Industrial 21-02620. The contact information is below. Let me know what else you need on this one.
Thanks,
Michelle

David Turner
CBRE Property Management
6640 Carothers Pkwy Suite 140
Franklin, TN 37067
(615) 337-8533
david.turner@CBRE.com

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2022 | **Current Projected Date Of Final Report (TFR):** | 12/31/2022 | | /s/ ROBERT H. WALDSCHMIDT |
| | | | | | ROBERT H. WALDSCHMIDT |