**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 3:21-BK-02620 |
| | § | |
| TECH INDUSTRIAL SALES & | § | |
| SERVICE, INC. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert H. Waldschmidt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,075.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $88,367.06 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $60,117.03 | | |

3) Total gross receipts of $148,484.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $148,484.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $79,000.00 | $79,734.21 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $66,117.03 | $60,117.03 | $60,117.03 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $7,767.00 | $110,054.37 | $77,015.11 | $77,015.11 |
| General Unsecured Claims (from **Exhibit 7**) | $59,046.00 | $139,412.97 | $133,879.48 | $11,351.95 |
| **Total Disbursements** | $145,813.00 | $395,318.58 | $271,011.62 | $148,484.09 |

4). This case was originally filed under chapter 7 on 08/27/2021. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/06/2023</u>     By: <u>/s/ Robert H. Waldschmidt</u>
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accts Recv less than 90 days old | 1121-000 | $17,655.49 |
| Accts Recv over 90 days old | 1121-000 | $36,388.84 |
| 2000 GMC Truck (Sonoma) | 1129-000 | $1,265.00 |
| 2007 Chevy Silverado (actually a 2009 Chev 1500 Silverado) | 1129-000 | $6,216.10 |
| Checking at Simmons Bank | 1129-000 | $2,313.13 |
| Forklift & Misc. Industrial Equip | 1129-000 | $8,692.20 |
| Machinery, fixtures & Equipment | 1129-000 | $68,018.18 |
| Tractor Trailer (actually a 1999 GMC 3500HD with crane, air compressor and vise) | 1129-000 | $7,370.00 |
| 2000 Dodge Dakota Ext Cab (not orig scheduled but located by agent on premises) | 1229-000 | $561.00 |
| Insurance refunds | 1229-000 | $4.15 |
| **TOTAL GROSS RECEIPTS** | | **$148,484.09** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | SBA- SMALL BUSINESS ADMIN | 4210-000 | $79,000.00 | $79,734.21 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$79,000.00** | **$79,734.21** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert Waldschmidt, Trustee fee | 2100-000 | NA | $10,674.20 | $10,674.20 | $10,674.20 |
| Robert Waldschmidt, Trustee exp | 2200-000 | NA | $45.59 | $45.59 | $45.59 |
| International Sureties, LTD bond | 2300-000 | NA | $85.77 | $85.77 | $85.77 |
| IC INDUSTRIAL REIT rent | 2410-000 | NA | $11,000.00 | $5,000.00 | $5,000.00 |
| Pinnacle Bank | 2600-000 | NA | $2,053.21 | $2,053.21 | $2,053.21 |

| CLAIMANT | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| U.S. BANKRUPTCY COURT CLERK | 2700-000 | NA | $538.00 | $538.00 | $538.00 |
| TENNESSEE DEPT OF REVENUE | 2820-000 | NA | $100.00 | $100.00 | $100.00 |
| Robert Waldschmidt, fee, Attorney for Trustee | 3110-000 | NA | $14,728.00 | $14,728.00 | $14,728.00 |
| Robert Waldschmidt, exp, Attorney for Trustee | 3120-000 | NA | $339.05 | $339.05 | $339.05 |
| RODEFER MOSS & CO, Accountant for Trustee | 3410-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| McLemore Auction, fee, Auctioneer for Trustee | 3610-000 | NA | $17,303.21 | $17,303.21 | $17,303.21 |
| McLemore Auction, exp, Auctioneer for Trustee | 3620-000 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $66,117.03 | $60,117.03 | $60,117.03 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5-2a | Tennessee Department of Revenue | 5800-000 | $0.00 | $17,896.00 | $0.00 | $0.00 |
| 5-3a | Tennessee Department of Revenue | 5800-000 | $0.00 | $14,064.16 | $14,064.16 | $14,064.16 |
| 5-1a | Tennessee Department of Revenue | 5800-000 | $2,407.00 | $15,143.26 | $0.00 | $0.00 |
| 12 | Metropolitan Government-- Nashville & Davidson Co. | 5800-000 | $0.00 | $565.93 | $565.93 | $565.93 |
| 13 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14a | Internal Revenue Service | 5800-000 | $0.00 | $62,385.02 | $62,385.02 | $62,385.02 |
| | TN Dept of Revenue | 5800-000 | $5,360.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,767.00 | $110,054.37 | $77,015.11 | $77,015.11 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S Small Business Administration | 7100-000 | $0.00 | $79,587.49 | $79,587.49 | $6,748.41 |
| 2 | UNIFIRST | 7100-000 | $1,721.00 | $1,966.56 | $1,966.56 | $166.75 |
| 3 | Allied Bearings and Supply, LLC | 7100-000 | $1,198.00 | $1,048.54 | $1,048.54 | $88.91 |
| 4 | Sealing Specialists | 7100-000 | $6,206.00 | $6,506.20 | $6,506.20 | $551.68 |
| 5-1b | Tennessee Department of Revenue | 7100-000 | $0.00 | $2,555.99 | $0.00 | $0.00 |
| 5-2b | Tennessee Department of Revenue | 7100-000 | $0.00 | $2,977.50 | $0.00 | $0.00 |
| 5-3b | Tennessee Department of Revenue | 7100-000 | $0.00 | $1,817.25 | $1,817.25 | $154.09 |
| 6 | THE BAILEY COMPANY INC | 7100-000 | $1,217.00 | $1,217.70 | $1,217.70 | $103.25 |
| 7 | A L COMPRESSED GASES | 7100-000 | $1,400.00 | $1,508.08 | $1,508.08 | $127.87 |
| 9 | NES Power | 7100-000 | $0.00 | $951.35 | $951.35 | $80.67 |
| 10 | Terry Blakemore | 7100-000 | $6,000.00 | $6,000.00 | $6,000.00 | $508.75 |
| 11b | IC INDUSTRIAL REIT | 7100-000 | $28,869.00 | $28,373.41 | $28,373.41 | $2,405.85 |
| 14b | Internal Revenue Service | 7100-000 | $0.00 | $4,902.90 | $4,902.90 | $415.72 |
|  | 1 Express Employment | 7100-000 | $1,613.00 | $0.00 | $0.00 | $0.00 |
|  | Allegheny York | 7100-000 | $865.00 | $0.00 | $0.00 | $0.00 |
|  | Allservice Propane | 7100-000 | $64.00 | $0.00 | $0.00 | $0.00 |
|  | APG | 7100-000 | $32.00 | $0.00 | $0.00 | $0.00 |
|  | Bass Tire Company | 7100-000 | $1,711.00 | $0.00 | $0.00 | $0.00 |
|  | Brennan | 7100-000 | $859.00 | $0.00 | $0.00 | $0.00 |
|  | Capital City Bolt | 7100-000 | $701.00 | $0.00 | $0.00 | $0.00 |
|  | Comcast Business | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Ed Supply | 7100-000 | $1,359.00 | $0.00 | $0.00 | $0.00 |
|  | Hosepower | 7100-000 | $681.00 | $0.00 | $0.00 | $0.00 |
|  | Industrial Machine | 7100-000 | $1,293.00 | $0.00 | $0.00 | $0.00 |
|  | Kurt Hydraulics | 7100-000 | $2,008.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Loftis Steel & Aluminum | 7100-000 | $66.00 | $0.00 | $0.00 | $0.00 |
| METRO WATER SERVICES | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Piedmont Natural Gas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Service Construction & Fastener Suppl | 7100-000 | $64.00 | $0.00 | $0.00 | $0.00 |
| Southern Industrial Hose | 7100-000 | $684.00 | $0.00 | $0.00 | $0.00 |
| UPS | 7100-000 | $435.00 | $0.00 | $0.00 | $0.00 |
| WASTE MANAGEMENT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $59,046.00 | $139,412.97 | $133,879.48 | $11,351.95 |

| Case No.: | 21-02620-RM3-7 | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 9/6/2023 | | §341(a) Meeting Date: | 09/27/2021 |
| | | | Claims Bar Date: | 12/06/2021 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking at Simmons Bank | $0.00 | $2,313.13 | | $2,313.13 | FA |
| 2 | Accts Recv less than 90 days old | $37,842.15 | $17,655.49 | | $17,655.49 | FA |
| 3 | Accts Recv over 90 days old | $35,623.35 | $36,388.84 | | $36,388.84 | FA |
| 4 | office equipment | $3,000.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. Books, framed pics | $75.00 | $0.00 | | $0.00 | FA |
| 6 | 2007 Chevy Silverado (actually a 2009 Chev 1500 Silverado) | $10,000.00 | $6,216.10 | | $6,216.10 | FA |
| 7 | 2000 GMC Truck (Sonoma) | $12,000.00 | $1,265.00 | | $1,265.00 | FA |
| 8 | Tractor Trailer (actually a 1999 GMC 3500HD with crane, air compressor and vise) | $1,500.00 | $7,370.00 | | $7,370.00 | FA |
| 9 | Machinery, fixtures & Equipment | $83,000.00 | $68,000.00 | | $68,018.18 | FA |
| 10 | Forklift & Misc. Industrial Equip | $6,000.00 | $8,600.00 | | $8,692.20 | FA |
| 11 | Insurance refunds (u) | $0.00 | $4.15 | | $4.15 | FA |
| 12 | 2000 Dodge Dakota Ext Cab (not orig scheduled but located by agent on premises) (u) | $0.00 | $500.00 | | $561.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $189,040.50 | $148,312.71 | | $148,484.09 | $0.00 |

**Major Activities affecting case closing:**

o/s ck 3028 (not stale dated or returned) - no TDR in Aug

o/s ck - TDR in Aug

antic TDR in August23

disb cks done and sent with supplemental NFR

second am TFR filed w/ct - obj date 6/7 - disb 6/12

second amended TFR/NFR done to include IRS claim 14

IRS just filed a priority claim. Disbursements cannot be made until this issue is resolved.

3/31/23 agreed order resolving obj to TFR/claim 5 resolved ECF88; amended TFR and NFR submitted to UST; TFR filed w/ct - antic disb 5/10/23

debtor filed objection to claim 5 and ch 7 trustee

| Case No.: | 21-02620-RM3-7 | | | Trustee Name: | Robert H. Waldschmidt |
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 9/6/2023 | | | §341(a) Meeting Date: | 09/27/2021 |
| | | | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

TFR filed w/ct; disb in late Feb/early March
TFR done
anticipate TFR filing by 1/15/2023
atty and acct fee apps done; TFR in Jan23
sent f/up to TVC re acct fee invoice
objection to claim 13 filed; hearing 11/22/22
filed m/employ acct - will proceed to close case after tax returns and fee apps done
sent Fm1 and 2 to TVC for eval for tax ret; per TVC, returns are needed
all assets admin; awaiting evaluation for taxes from acct. then fee apps and claims eval; TFR by end of year.
HCA - all three entities paid the amounts due
All Defendants in Adversary Proceeding have been resolved (4 paid full amount due - some with clarification of amounts) 2 others (the smallest two) have default judgments which may be uncollectible - or may not justify additional attorney fees to pursue. trustee filed m/close Adv Proc.
pretrial conference set for 7/20/22
HCA Breakdown:
Skyline -- $5,395.85
Centennial -- $5,144.50
Southern Hills -- $3,620.62
HCA paid two of the invoices ($983.38) so the balance is $14,160.97. They are prepared to pay that amount. RHW working with Tyler Layne to resolve.
mail fwd to McCroskey done per RHW request
Hendrickson paid the amount due - $1850 - non-suit filed
Safety Kleen payment received $12,556.47
Hendrickson payment expected (amount reduced by one invoice which was paid); Safety Kleen payment of $12,556.47 also expected. (Safety Kleen amount is less than originally claimed due to duplicates and one payment - explained in docman - under Misc.
Filed Amended Complaint to add two HCA Defendants to replace Hospital Corp.
Pretrial Conference continued to June 8
Safety Kleen said they will pay the amount due - a proposed Motion and Order of Dismissal has been forwarded. The corrected amount due is $14,805.11 (The 15 Invoices sent contained one error, and one duplicate, so the amount has been adjusted as stated above.)
rhw will be Filing Motion for Default against non-responding Defendants by April 8 - HCA is now represented by Tyler Layne (Waller) and will be filing an answer. Safety Kleen has in house counsel, and has been warned of a possible default.
rhw sent Tyler Layne copies of Statements and Invoices - the amount from Centennial was double what it should be
In House Counsel for Safety Kleen has contacted rhw for copies of Invoices - they were supplied
Counsel for HCA contacted trustee - still seeking information. As of 3/23, no other Defendant or counsel has contacted the trustee
partial payment made by Hendrickson - rhw wrote letter asking about remaining unpaid invoices

| Case No.: | 21-02620-RM3-7 | | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 9/6/2023 | | | §341(a) Meeting Date: | 09/27/2021 |
| | | | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

pretrial 4/20/22

Contact Info

Jeff - 615-586-8655   or   931-981-1951

jeffmccroskey@comcast.net

Jennifer - 615-743-2483 (work)   931-981-1944 (cell)

jennifermccroskey@comcast.net

complaint filed v. HCA, Hendrickson, McKendree, Safety Kleen and Bace Baler

no response from McCroskeys re: a/r details - set for depo of both principals on 2/22/22 at 11am

Kenco paid $10,177.35

draft of complaint to recover a/r prepared and sent to RHW

payment from Southern Tire received

claims imported and mapped

Received an email from Jennifer McCroskey

email    jennifermccroskey@comcast.net

Phones:

931-981-1944.  Jennifer

931-981-1951.  Jeff

RHW emailed back advising them of the depositions, and offering a more informal way of handling the needed information (probably still needing a direct meeting)

claims imported and mapped

2004 exam of Jeffrey and Jennifer McCroskey on 12/28/21 at 10/11am.

RHW contacting McCroskeys re: clarification of some of the a/r accts.  hold off on filing compl.

HMA Contractors paid A/R  (Jones Bros.)

Centennial letter came back as insuff address; re-sent demand letter to legal dept.

3 accounts paid   1.  Mrs. Grissoms; 2. Holladay Properties; 3. A-Prime Handling

Kenco disputes the amount due

Auction proceeds received - $92,122.48

sale proceeds and backup recd; report of sale done; admin rent claim paid.

demand letters with backup docs sent to 19 a/r see receivables module for notes/details; copies of letters in corresp; backup in exhibits

received a check from SLS for the full $1,061.91

RHW to f/up with Jennifer McCroskey re: four missing invoices

refund due from Erie Ins - they need to know where to remit - wrote and advised of BK and trustee address

Southern Tire A/R Received - $4,656.50

| Case No.: | 21-02620-RM3-7 | | | Trustee Name: | Robert H. Waldschmidt |
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 9/6/2023 | | | §341(a) Meeting Date: | 09/27/2021 |
| | | | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Simmons Bank paid $2313.13

Alley Cassetty paid $1205.91

SBA is withdrawing its "secured" claim - not asserting secured status

Simmons Bank will be sending us $2313.13 in satisfaction of their exposure. They didn't have the opportunity for notice of the bankruptcy until I called on Sept. 20, and that was the balance at that time.

RHW communicating with banker on acct.

entered a/r in TES system; letters sent to a/r customers re: bk and payment to trustee

drafted letter for RHW to send to banker Z Siebold re: account status and online access.

reviewed bank stmts May21-Aug21 for prefs - nothing there.

RHW - site visit to the premises - met with Will McLemore and the staff organizing the auction - reviewed the plan for selling the equipment, etc.

RHW met with the McCroskeys today.

1. We now have the vehicle titles – releases have been signed where there were liens.
2. There are a few items on the premises which do not belong to Tech:
A. The 13 cylinders listed on the attached invoice
B. The water fountain – owned by Crystal Clear
C. A tool box – not worth much
3. RHW is discussing the lease situation with the landlord's counsel tomorrow
4. The water, electricity, and any other utilities have not been paid – they were a direct debit from the bank account, and I think that is on hold right now (RHW will talk with the Bank tomorrow)

draft of admin rent claim agr order in tesdocs

requested the following from WM: info on his commission to do m/employ; info on motion to sell and motion to reduce obj to sale (need dates/general description of assets from WM)

change of address filed with USPS

asset notice filed; cbd 12/6/21

WM went to site yesterday with JM, locks changed and no entry. he contacted landlord, who was out of town. atty for landlord wrote to wait till next week, rhw wrote the atty that we need access now.

some bank statements in tes docs, waiting on remaining bank statements that are in storage that JM has to get

title info on 08 Silverado in tesdocs (no lien). still need title info on 00 Sierra (vin on ins card was not good). requested from M Spezia

Will McLemore working with principal Jeff McCroskey to look at assets on site this week. contact info below for JM

| Case No.: | 21-02620-RM3-7 | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 9/6/2023 | §341(a) Meeting Date: | 09/27/2021 |
| | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

This case was just filed on Friday.

I. Based on the debtor's schedule B (attached) there are assets to be administered:

1. Office equipment ($3,000 nominal value)
2. 2007 Silverado ($10,000)
3. 2000 GMC truck (12,000)
4. Tractor trailer ($1,500)
5. Machinery/Equip ($83,000)
6. Forklift & misc. industrial equip ($6,000)
7. Accts recv over $70,000
8. Bank accts (need statements)

Based on a search of the TN SOS, there are no UCCs of record. Debtor claimed the SBA has a lien on the assets and the CEO's personal residence. I was able to verify the lien on the residence. Bob has a call into the SBA to see what their position is, but it does not appear there are any liens on the above assets.

The assets are located at the debtor's leased premises at 220 Space Park S, Nashville (near airport). There are some assets in storage at CubeSmart in Antioch.

We are trying to set up a time/date to meet with Jeff McCroskey (principal of debtor) to go to the site and evaluate the assets. Bob would like to include you in this site visit. If the assets have value, we would of course want to employ Will M as auctioneer to liquidate. But we need to see what we have, the value and whether the assets can be moved (to avoid admin rent).

II. Need from counsel
1. requested backup on the a/r files to do demand letter
2. requested VINs on the vehicles to verify no liens
3. requested bank statements for 1 yr
4. requested availability for site visit from debtor and Will M

| Case No.: | 21-02620-RM3-7 | | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | | Date Filed (f) or Converted (c): | 08/27/2021 (f) |
| For the Period Ending: | 9/6/2023 | | | §341(a) Meeting Date: | 09/27/2021 |
| | | | | Claims Bar Date: | 12/06/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Lori,

We apparently have a landlord who is continuing to go into the property for Tech Industrial 21-02620. The contact information is below. Let me know what else you need on this one.

Thanks,

Michelle

David Turner
CBRE Property Management
6640 Carothers Pkwy Suite 140
Franklin, TN 37067
(615) 337-8533
david.turner@CBRE.com

| Initial Projected Date Of Final Report (TFR): | 12/31/2022 | Current Projected Date Of Final Report (TFR): | 01/09/2023 | /s/ ROBERT H. WALDSCHMIDT |
|---|---|---|---|---|
| | | | | ROBERT H. WALDSCHMIDT |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-02620-RM3-7 | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***4088 | Checking Acct #: | ******0298 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/27/2021 | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 9/6/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/21/2021 | | Wearwell A/R | a/r paid in full | * | $1,388.61 | | $1,388.61 |
| | {2} | | $702.22 | 1121-000 | | | $1,388.61 |
| | {3} | | $686.39 | 1121-000 | | | $1,388.61 |
| 09/21/2021 | (11) | Erie Insurance Refund | insurance premium refund | 1229-000 | $4.15 | | $1,392.76 |
| 09/30/2021 | | Innovatove Percussion A/R | a/r paid in full | * | $510.00 | | $1,902.76 |
| | {2} | | $257.91 | 1121-000 | | | $1,902.76 |
| | {3} | | $252.09 | 1121-000 | | | $1,902.76 |
| 10/12/2021 | | Alley Cassetty A/R | a/r paid in full | * | $1,205.91 | | $3,108.67 |
| | {2} | | $609.83 | 1121-000 | | | $3,108.67 |
| | {3} | | $596.08 | 1121-000 | | | $3,108.67 |
| 10/12/2021 | (1) | Simmons Bank | balance in debtors acct | 1129-000 | $2,313.13 | | $5,421.80 |
| 10/18/2021 | | Southern Tire A/R | a/r paid in full | * | $4,656.50 | | $10,078.30 |
| | {2} | | $0.00 | 1121-000 | | | $10,078.30 |
| | {3} | | $4,656.50 | 1121-000 | | | $10,078.30 |
| 10/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.21 | $10,069.09 |
| 11/03/2021 | | SLS - A/R | a/r paid in full | * | $1,061.91 | | $11,131.00 |
| | {2} | | $537.01 | 1121-000 | | | $11,131.00 |
| | {3} | | $524.90 | 1121-000 | | | $11,131.00 |
| 11/10/2021 | 3001 | IC INDUSTRIAL REIT | admin rent claim per order entd 10/8/21 ECF26 ($11,000 less $6,000 cleanup cost paid by trustee) | 2410-000 | | $5,000.00 | $6,131.00 |
| 11/12/2021 | | Auction Proceeds - from McLemore Auction | sale of assets per 9/30/21 order ECF19 | * | $92,122.48 | | $98,253.48 |
| | {8} | | 1999 GMC $7,370.00 | 1129-000 | | | $98,253.48 |
| | {12} | | 2000 Dodge Dakota $561.00 | 1229-000 | | | $98,253.48 |
| | {7} | | GMC truck $1,265.00 | 1129-000 | | | $98,253.48 |
| | {6} | | Chev Silverado 1500 $6,216.10 | 1129-000 | | | $98,253.48 |
| | {10} | | forklift $8,692.20 | 1129-000 | | | $98,253.48 |
| | {9} | | machinery, fixtures, equip etc. $68,018.18 | 1129-000 | | | $98,253.48 |
| 11/15/2021 | | A-Prime A/R | a/r paid in full | * | $983.25 | | $99,236.73 |
| | {2} | | $497.23 | 1121-000 | | | $99,236.73 |
| | {3} | | $486.02 | 1121-000 | | | $99,236.73 |
| 11/15/2021 | | Mr. Grissoms A/R | a/r paid in full | * | $819.38 | | $100,056.11 |
| | {2} | | $414.36 | 1121-000 | | | $100,056.11 |
| | {3} | | $405.02 | 1121-000 | | | $100,056.11 |
| 11/15/2021 | | Holladay Properties A/R | a/r paid in full | * | $1,690.08 | | $101,746.19 |
| | {2} | | $854.67 | 1121-000 | | | $101,746.19 |
| | {3} | | $835.41 | 1121-000 | | | $101,746.19 |
| | | | | SUBTOTALS | $106,755.40 | $5,009.21 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-02620-RM3-7 | | | Trustee Name: | | Robert H. Waldschmidt |
|---|---|---|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | | Bank Name: | | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***4088 | | | Checking Acct #: | | ******0298 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 8/27/2021 | | | Blanket bond (per case limit): | | $720,000.00 |
| For Period Ending: | 9/6/2023 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2021 | 3002 | WILL MCLEMORE/MCLEMO | auctioneer fees and exp per order entd 10/12/21 ECF29 | * | | $24,803.21 | $76,942.98 |
| | | | McLemore Auction, auctioneer exp $(7,500.00) | 3620-000 | | | $76,942.98 |
| | | | McLemore Auction, auctioneer fee $(17,303.21) | 3610-000 | | | $76,942.98 |
| 11/29/2021 | | HMA (JOnes Bros.) A/R | A/R pd in full | * | $800.00 | | $77,742.98 |
| | {2} | | $404.56 | 1121-000 | | | $77,742.98 |
| | {3} | | $395.44 | 1121-000 | | | $77,742.98 |
| 11/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $88.23 | $77,654.75 |
| 12/22/2021 | | Southern Tire | A/R PMT IN FULL | * | $313.90 | | $77,968.65 |
| | {2} | | $0.00 | 1121-000 | | | $77,968.65 |
| | {3} | | $313.90 | 1121-000 | | | $77,968.65 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $123.00 | $77,845.65 |
| 01/11/2022 | | Kenco A/R | pmt in full of AR | * | $10,177.35 | | $88,023.00 |
| | {2} | | $5,146.69 | 1121-000 | | | $88,023.00 |
| | {3} | | $5,030.66 | 1121-000 | | | $88,023.00 |
| 01/18/2022 | 3003 | International Sureties, LTD | Bond Payment | 2300-000 | | $59.11 | $87,963.89 |
| 01/24/2022 | 3003 | VOID: International Sureties, LTD | voided for wrong amount of premium | 2300-003 | | ($59.11) | $88,023.00 |
| 01/24/2022 | 3004 | International Sureties, LTD | 2022 bond premium; Bond No. 016026373 | 2300-000 | | $85.77 | $87,937.23 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $130.73 | $87,806.50 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $117.88 | $87,688.62 |
| 03/05/2022 | | Hendrickson A/R | payment of a/r; see ecf22 in AP 22-90029A | * | $1,870.00 | | $89,558.62 |
| | {2} | | $945.66 | 1121-000 | | | $89,558.62 |
| | {3} | | $924.34 | 1121-000 | | | $89,558.62 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $132.58 | $89,426.04 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $128.63 | $89,297.41 |
| 05/02/2022 | | Safety Kleen - A/R | a/r paid in full | * | $12,556.47 | | $101,853.88 |
| | {2} | | $6,349.81 | 1121-000 | | | $101,853.88 |
| | {3} | | $6,206.66 | 1121-000 | | | $101,853.88 |
| 05/06/2022 | | Hendrickson A/R | payment of a/r; see ecf22 in AP 22-90029A | * | $1,850.00 | | $103,703.88 |
| | {2} | | $935.54 | 1121-000 | | | $103,703.88 |
| | {3} | | $914.46 | 1121-000 | | | $103,703.88 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $153.15 | $103,550.73 |
| 06/06/2022 | (3) | HCA - Skyline A/R | acct recv pmt in full | 1121-000 | $5,395.85 | | $108,946.58 |
| 06/06/2022 | (3) | HCA - Centenial A/R | acct recv pmt in full | 1121-000 | $5,144.50 | | $114,091.08 |
| 06/06/2022 | (3) | HCA - So. Hills A/R | acct recv pd in full | 1121-000 | $3,620.62 | | $117,711.70 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $165.92 | $117,545.78 |
| | | | | SUBTOTALS | $41,728.69 | $25,929.10 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-02620-RM3-7 | | | Trustee Name: | | | Robert H. Waldschmidt |
|---|---|---|---|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | | Bank Name: | | | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***4088 | | | Checking Acct #: | | | ******0298 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | | |
| For Period Beginning: | 8/27/2021 | | | Blanket bond (per case limit): | | | $720,000.00 |
| For Period Ending: | 9/6/2023 | | | Separate bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $174.72 | $117,371.06 |
| 08/17/2022 | 3005 | TENNESSEE DEPT OF REVENUE | FAE 2022 | 2820-000 | | $100.00 | $117,271.06 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $174.41 | $117,096.65 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $168.43 | $116,928.22 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $168.18 | $116,760.04 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $167.94 | $116,592.10 |
| 12/02/2022 | 3006 | ROBERT H WALDSCHMIDT | atty fees and exp per order entd 12/1/22 ECF69 | * | | $15,067.05 | $101,525.05 |
| | | | Robert H. Waldschmidt, fee $(14,728.00) | 3110-000 | | | $101,525.05 |
| | | | Robert H. Waldschmidt, exp $(339.05) | 3120-000 | | | $101,525.05 |
| 12/02/2022 | 3007 | RODEFER MOSS & CO | acct fees per 12/1/22 order ECF68 | 3410-000 | | $1,750.00 | $99,775.05 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $150.20 | $99,624.85 |
| 02/22/2023 | 3008 | VOID: Robert H. Waldschmidt | | * | | ($10,719.79) | $110,344.64 |
| | | | Claim Amount $10,674.20 | 2100-003 | | | $110,344.64 |
| | | | Claim Amount $45.59 | 2200-003 | | | $110,344.64 |
| 02/22/2023 | 3009 | VOID: U.S. BANKRUPTCY COURT | | 2700-003 | | ($538.00) | $110,882.64 |
| 02/22/2023 | 3010 | VOID: U.S Small Business Administration | | 7100-003 | | ($42,742.86) | $153,625.50 |
| 02/22/2023 | 3011 | VOID: UNIFIRST | | 7100-003 | | ($1,056.15) | $154,681.65 |
| 02/22/2023 | 3012 | VOID: Allied Bearings and Supply, LLC | | 7100-003 | | ($563.12) | $155,244.77 |
| 02/22/2023 | 3013 | VOID: Sealing Specialists | | 7100-003 | | ($3,494.19) | $158,738.96 |
| 02/22/2023 | 3014 | VOID: Tennessee Department of Revenue | | * | | ($19,509.58) | $178,248.54 |
| | | | Claim Amount $17,896.00 | 5800-003 | | | $178,248.54 |
| | | | Claim Amount $1,613.58 | 7100-003 | | | $178,248.54 |
| 02/22/2023 | 3015 | VOID: THE BAILEY COMPANY INC | | 7100-003 | | ($653.97) | $178,902.51 |
| 02/22/2023 | 3016 | VOID: A L COMPRESSED GASES | | 7100-003 | | ($809.92) | $179,712.43 |
| 02/22/2023 | 3017 | VOID: Nashville Electric Service | | 7100-003 | | ($510.93) | $180,223.36 |
| 02/22/2023 | 3018 | VOID: Terry Blakemore | | 7100-003 | | ($3,222.33) | $183,445.69 |
| 02/22/2023 | 3019 | VOID: IC INDUSTRIAL REIT | | 7100-003 | | ($15,238.08) | $198,683.77 |
| 02/22/2023 | 3020 | VOID: Metropolitan Trustee | | 5800-003 | | ($565.93) | $199,249.70 |
| | | | | SUBTOTALS | $0.00 | ($81,703.92) | |

Page No: 4

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-02620-RM3-7 | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***4088 | | Checking Acct #: | ******0298 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/27/2021 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 9/6/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2023 | 3008 | Robert H. Waldschmidt | Trustee Compensation Trustee Expenses | * | | $10,719.79 | $188,529.91 |
| | | | Claim Amount $(10,674.20) | 2100-000 | | | $188,529.91 |
| | | | Claim Amount $(45.59) | 2200-000 | | | $188,529.91 |
| 02/27/2023 | 3009 | U.S. BANKRUPTCY COURT CLERK | MOTION TO SELL ECF12 (188.00) ADV FILING FEE 3:22-AP-90029 (350.00) | 2700-000 | | $538.00 | $187,991.91 |
| 02/27/2023 | 3010 | U.S Small Business Administration | Distribution on Claim #: 1; | 7100-000 | | $42,742.86 | $145,249.05 |
| 02/27/2023 | 3011 | UNIFIRST | Distribution on Claim #: 2; | 7100-000 | | $1,056.15 | $144,192.90 |
| 02/27/2023 | 3012 | Allied Bearings and Supply, LLC | Distribution on Claim #: 3; | 7100-000 | | $563.12 | $143,629.78 |
| 02/27/2023 | 3013 | Sealing Specialists | Distribution on Claim #: 4; | 7100-000 | | $3,494.19 | $140,135.59 |
| 02/27/2023 | 3014 | Tennessee Department of Revenue | Distribution on Claim #: 5; Distribution on Claim #: 5; | * | | $19,509.58 | $120,626.01 |
| | | | Claim Amount $(17,896.00) | 5800-000 | | | $120,626.01 |
| | | | Claim Amount $(1,613.58) | 7100-000 | | | $120,626.01 |
| 02/27/2023 | 3015 | THE BAILEY COMPANY INC | Distribution on Claim #: 6; | 7100-000 | | $653.97 | $119,972.04 |
| 02/27/2023 | 3016 | A L COMPRESSED GASES | Distribution on Claim #: 7; | 7100-000 | | $809.92 | $119,162.12 |
| 02/27/2023 | 3017 | Nashville Electric Service | Distribution on Claim #: 9; | 7100-000 | | $510.93 | $118,651.19 |
| 02/27/2023 | 3018 | Terry Blakemore | Distribution on Claim #: 10; | 7100-000 | | $3,222.33 | $115,428.86 |
| 02/27/2023 | 3019 | IC INDUSTRIAL REIT | Distribution on Claim #: 11; | 7100-000 | | $15,238.08 | $100,190.78 |
| 02/27/2023 | 3020 | Metropolitan Trustee | Distribution on Claim #: 12; | 5800-000 | | $565.93 | $99,624.85 |
| 06/12/2023 | 3021 | Robert H. Waldschmidt | Trustee Compensation Trustee Expenses | * | | $10,719.79 | $88,905.06 |
| | | | Claim Amount $(10,674.20) | 2100-000 | | | $88,905.06 |
| | | | Claim Amount $(45.59) | 2200-000 | | | $88,905.06 |
| 06/12/2023 | 3022 | U.S. BANKRUPTCY COURT CLERK | MOTION TO SELL ECF12 (188.00) ADV FILING FEE 3:22-AP-90029 (350.00) | 2700-000 | | $538.00 | $88,367.06 |
| 06/12/2023 | 3023 | U.S Small Business Administration | Distribution on Claim #: 1; | 7100-000 | | $6,748.41 | $81,618.65 |
| 06/12/2023 | 3024 | UNIFIRST | Distribution on Claim #: 2; | 7100-000 | | $166.75 | $81,451.90 |
| 06/12/2023 | 3025 | Allied Bearings and Supply, LLC | Distribution on Claim #: 3; | 7100-000 | | $88.91 | $81,362.99 |
| 06/12/2023 | 3026 | Sealing Specialists | Distribution on Claim #: 4; | 7100-000 | | $551.68 | $80,811.31 |
| 06/12/2023 | 3027 | Tennessee Department of Revenue | Distribution on Claim #: 5; Distribution on Claim #: 5; | * | | $14,218.25 | $66,593.06 |
| | | | Claim Amount $(14,064.16) | 5800-000 | | | $66,593.06 |
| | | | Claim Amount $(154.09) | 7100-000 | | | $66,593.06 |
| 06/12/2023 | 3028 | THE BAILEY COMPANY INC | Distribution on Claim #: 6; | 7100-000 | | $103.25 | $66,489.81 |
| | | | SUBTOTALS | | $0.00 | $132,759.89 | |

Case 3:21-bk-02620    Doc 103    Filed 09/07/23    Entered 09/07/23 16:06:29    Desc Main
Document      Page 16 of 18

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 21-02620-RM3-7 | | Trustee Name: | Robert H. Waldschmidt |
|---|---|---|---|---|
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | | Bank Name: | PINNACLE BANK |
| Primary Taxpayer ID #: | **-***4088 | | Checking Acct #: | ******0298 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/27/2021 | | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 9/6/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2023 | 3029 | A L COMPRESSED GASES | Distribution on Claim #: 7; | 7100-000 | | $127.87 | $66,361.94 |
| 06/12/2023 | 3030 | Nashville Electric Service | Distribution on Claim #: 9; | 7100-000 | | $80.67 | $66,281.27 |
| 06/12/2023 | 3031 | Terry Blakemore | Distribution on Claim #: 10; | 7100-000 | | $508.75 | $65,772.52 |
| 06/12/2023 | 3032 | IC INDUSTRIAL REIT | Distribution on Claim #: 11; | 7100-000 | | $2,405.85 | $63,366.67 |
| 06/12/2023 | 3033 | Metropolitan Trustee | Distribution on Claim #: 12; | 5800-000 | | $565.93 | $62,800.74 |
| 06/12/2023 | 3034 | Internal Revenue Service | Distribution on Claim #: 14; Distribution on Claim #: 14; | * | | $62,800.74 | $0.00 |
| | | | Claim Amount $(62,385.02) | 5800-000 | | | $0.00 |
| | | | Claim Amount $(415.72) | 7100-000 | | | $0.00 |

|   |   |   |
|---|---|---|
| TOTALS: | $148,484.09 | $148,484.09 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $148,484.09 | $148,484.09 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $148,484.09 | $148,484.09 | |

| For the period of 8/27/2021 to 9/6/2023 | | For the entire history of the account between 09/21/2021 to 9/6/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $148,484.09 | Total Compensable Receipts: | $148,484.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $148,484.09 | Total Comp/Non Comp Receipts: | $148,484.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $148,484.09 | Total Compensable Disbursements: | $148,484.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $148,484.09 | Total Comp/Non Comp Disbursements: | $148,484.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 21-02620-RM3-7 | Trustee Name: Robert H. Waldschmidt |
| Case Name: | TECH INDUSTRIAL SALES & SERVICE, INC. | Bank Name: PINNACLE BANK |
| Primary Taxpayer ID #: | **-***4088 | Checking Acct #: ******0298 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 8/27/2021 | Blanket bond (per case limit): $720,000.00 |
| For Period Ending: | 9/6/2023 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $148,484.09 | $148,484.09 | $0.00 |

| For the period of 8/27/2021 to 9/6/2023 | | For the entire history of the case between 08/27/2021 to 9/6/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $148,484.09 | Total Compensable Receipts: | $148,484.09 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $148,484.09 | Total Comp/Non Comp Receipts: | $148,484.09 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $148,484.09 | Total Compensable Disbursements: | $148,484.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $148,484.09 | Total Comp/Non Comp Disbursements: | $148,484.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT H. WALDSCHMIDT

ROBERT H. WALDSCHMIDT